**99–727. King v. Grange Mut. Cas. Co.**
Monroe App. No. 807.

COOK, J., dissents and would hold this cause for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353.

LUNDBERG STRATTON, J., dissents.

**99–732. State v. Ferguson.**
Ashtabula App. No. 98–A–0021. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 99–286, *State v. Williams,* Lake App. No. 97–L–191; briefing schedule stayed.

**Discretionary appeals in the following causes are allowed; *sua sponte*, the causes are consolidated with 99–732, *supra*, and held for the decision in 99–286, *State v. Williams*, Lake App. No. 97–L–191; briefing schedule stayed:** 99–736, *State v. Hollis,* Ashtabula App. No. 98–A–0020; 99–737, *State v. Prisco,* Ashtabula App. No. 98–A–0015; 99–738, *State v. Lynch,* Ashtabula App. No. 98–A–0013; 99–739, *State v. Moore,* Ashtabula App. No. 98–A–0030; 99–740, *State v. Miller,* Ashtabula App. No. 98–A–0024; 99–741, *State v. Whitsell,* Ashtabula App. No. 98–A–0025; 99–742, *State v. Sanders,* Ashtabula App. No. 98–A–0022; 99–743, *State v. Mitcham,* Ashtabula App. No. 98–A–0017; 99–744, *State v. Loudenback,* Ashtabula App. No. 98–A–0023; 99–745, *State v. McNutt,* Ashtabula App. No. 98–A–0014; 99–746, *State v. Vigilante,* Ashtabula App. No. 98–A–0029; 99–747, *State v. Morris,* Ashtabula App. No. 98–A–0018; 99–748, *State v. Lemmon,* Ashtabula App. No. 98–A–0028; 99–749, *State v. Luther,* Ashtabula App. No. 98–A–0016; and 99–750, *State v. Keig,* Ashtabula App. No. 98–A–0019.